UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT W. BETHEL,

   **Plaintiff,**         Case No. 2:20-cv-5275
                JUDGE EDMUND A. SARGUS, JR.
  v.             Magistrate Judge Kimberly A. Jolson

WARDEN CHILLICOTHE
CORRECTIONAL INSTITUTION, *et al.*,

   **Defendants.**

## ORDER

  This matter is before the Court on Plaintiff Robert W. Bethel's Motion Requesting a *Raceway* Dismissal ("Motion") pursuant to *Raceway Properties, Inc. v. Emprise Co.*, 613 F.2d 656 (6th Cir. 1980) and *Innovation Ventures, LLC v. Custom Nutrition Labs, LLC*, 912 F.3d 316 (6th Cir. 2018). (ECF No. 71.) For the reasons stated in his Motion, and when considered against the backdrop of the Court's February 27, 2023 Order (ECF No. 70), Bethel's Motion is well-taken. The Court therefore **GRANTS** Bethel's Motion. (ECF No. 71.) Bethel's claims are **DISMISSED with prejudice**. Any remaining pending motions are **DENIED as moot**, and the Clerk is **DIRECTED** to close this case.

  IT IS SO ORDERED.


**3/13/2023**              s/Edmund A. Sargus, Jr.
**DATE**                EDMUND A. SARGUS, JR.
                   UNITED STATES DISTRICT JUDGE